IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AYANNA M. COLLINS,

Plaintiff,

v.

Case No. 17-cv-711 JPG/RJD

TRANS UNION, LLC, *et al.*,

Defendants.

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: March 8, 2018**  **JUSTINE FLANAGAN, Acting Clerk of Court**

  **s/Tina Gray**
  **Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**